**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 MM 2024

          Respondent :

          v. :

EDWARD JOHN SCHICATANO, :

          Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2024, the Application for Extraordinary Relief is DENIED.